IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Susan L. Jeffries - #095296

/

No. C 14-80023 WHA

**ORDER OF SUSPENSION**

    On February 5, Susan L. Jeffries filed a response to an order to show cause. Ms. Jeffries stated "I have no objection to the suspension as I have already tendered my resignation to the State Bar of California on December 12, 2013, due to the fact that I am physically disabled from any future practice of law." Ms. Jeffries' membership in the bar of this Court is hereby **SUSPENDED**.

    **IT IS SO ORDERED.**

Dated:   February 7, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE